IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAFFING NOW, INC.,<br>d/b/a FRIENDS & COMPANY<br>STAFFING SERVICES<br><br>Plaintiff,<br><br>v.<br><br>RAUL POSAS, and 4STAFF, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-01855<br>) Judge Rosemary M. Collyer<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Staffing Now, Inc. and Defendant Raul Posas hereby seek an extension of time for Plaintiff Staffing Now, Inc. to file and serve an opposition to Defendant Raul Posas' Partial Motion to Dismiss. Accordingly, the parties respectfully request that the Court extend the time as set forth in the attached proposed order.

Dated: November 15, 2007

Respectfully submitted,

STAFFING NOW, INC.

By /s/ Darren W. Stanhouse
Darren W. Stanhouse (DC Bar # 494623)

MCGUIREWOODS LLP
1050 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
202.857.1704 (Direct Line)
202.828.2995 (Direct FAX)
dstanhouse@mcguirewoods.com

Counsel for Staffing Now, Inc.

RAUL POSAS

By  /s/ Raymond C. Baldwin
Raymond C. Baldwin (Bar No. 461514)

SEYFARTH SHAW LLP
815 Connecticut Ave., N.W., Suite 500
Washington, D.C.  20006-4004
(202) 463-2400
rbaldwin@seyfarth.com

Counsel for Raul Posas

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent via electronic notification, this 15th day of November, 2007 on:

>Raymond C. Baldwin Seyfarth Shaw LLP
>815 Connecticut Ave., N.W. Suite 500
>Washington, D.C. 20006


                                              /s/ Darren W. Stanhouse

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAFFING NOW, INC., <br> d/b/a FRIENDS & COMPANY <br> STAFFING SERVICES <br><br> Plaintiff, <br><br> v. <br><br> RAUL POSAS, and 4STAFF, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01855 <br> ) Judge Rosemary M. Collyer <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED by the Court that the time for Plaintiff to file and serve an opposition to Defendant's Partial Motion to Dismiss shall be extended as follows:

1. Plaintiff's time to file an Opposition to Defendant's Partial Motion to Dismiss is extended from November 19, 2007 to December 3, 2007.

IT IS SO ORDERED on this _____ day of _____, 2007.

_____
Rosemary M. Collyer
United States District Judge