IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAFFING NOW, INC., <br> d/b/a FRIENDS & COMPANY <br> STAFFING SERVICES <br><br> Plaintiff, <br><br> v. <br><br> RAUL POSAS, and 4STAFF, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01855 <br> ) Judge Rosemary M. Collyer <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Staffing Now, Inc., d/b/a Friends & Company Staffing Services, and Defendant Raul Posas hereby seek an extension of time for Plaintiff Staffing Now, Inc. to file and serve an Opposition to Defendant Raul Posas' Partial Motion to Dismiss as the parties have reached a settlement in principal and expect to execute a settlement agreement shortly. Accordingly, the parties respectfully request that the Court extend the time as set forth in the attached proposed order.

Dated: December 3, 2007         Respectfully submitted,

STAFFING NOW, INC.

By /s/ Darren W. Stanhouse
Darren W. Stanhouse (DC Bar # 494623)

MCGUIREWOODS LLP
1050 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
202.857.1704 (Direct Line)
202.828.2995 (Direct FAX)
dstanhouse@mcguirewoods.com

Counsel for Staffing Now, Inc.

RAUL POSAS

By  /s/ Raymond C. Baldwin
Raymond C. Baldwin (Bar No. 461514)

SEYFARTH SHAW LLP
815 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
rbaldwin@seyfarth.com

Counsel for Raul Posas

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent via electronic notification, this 3rd day of December, 2007 on:

>Raymond C. Baldwin
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

>_/s/ Darren W. Stanhouse_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAFFING NOW, INC., <br> d/b/a FRIENDS & COMPANY <br> STAFFING SERVICES <br><br> Plaintiff, <br><br> v. <br><br> RAUL POSAS, and 4STAFF, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01855 <br> ) Judge Rosemary M. Collyer <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED by the Court that the time for Plaintiff to file and serve an Opposition to Defendant's Partial Motion to Dismiss shall be extended as follows:

1. Plaintiff's time to file an Opposition to Defendant Raul Posas' Partial Motion to Dismiss is extended to December 24, 2007.

IT IS SO ORDERED on this _____ day of _____, 2007.

_____
Rosemary M. Collyer
United States District Judge