IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAFFING NOW, INC., <br> d/b/a FRIENDS & COMPANY <br> STAFFING SERVICES <br><br> Plaintiff, <br><br> v. <br><br> RAUL POSAS, and 4STAFF, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01855 <br> )  Judge Rosemary M. Collyer <br> ) <br> ) <br> ) <br> ) |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Staffing Now, Inc., d/b/a Friends & Company Staffing Services, and Defendant Raul Posas, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss *with prejudice* the claims in this action against Defendant Raul Posas.

Dated:  February 12, 2008         Respectfully submitted,

                                  STAFFING NOW, INC.

                                  By /s/ Darren W. Stanhouse
                                  Darren W. Stanhouse (DC Bar # 494623)

                                  MCGUIREWOODS LLP
                                  1050 Connecticut Ave., NW, Suite 1200
                                  Washington, DC 20036
                                  202.857.1704 (Direct Line)
                                  202.828.2995 (Direct FAX)
                                  dstanhouse@mcguirewoods.com

                                  Counsel for Staffing Now, Inc.

RAUL POSAS

By   /s/ Raymond C. Baldwin
Raymond C. Baldwin (Bar No. 461514)

SEYFARTH SHAW LLP
815 Connecticut Ave., N.W., Suite 500
Washington, D.C.  20006-4004
(202) 463-2400
rbaldwin@seyfarth.com

Counsel for Raul Posas

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent via electronic notification, this 12th day of February, 2008 on:

>Raymond C. Baldwin
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

      /s/ Darren W. Stanhouse