**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STAFFING NOW, INC.,** ) | |
| **d/b/a FRIENDS & COMPANY** ) | |
| **STAFFING SERVICES** ) | |
| ) | **Case No.: 1:07-cv-01855** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RAUL POSAS, and 4STAFF, LLC** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff, Staffing Now, Inc., d/b/a Friends & Company Staffing Services, and counsel for Defendants, Raul Posas and 4Staff, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate as follows: That this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated: February 13, 2008        Respectfully submitted,

STAFFING NOW, INC.

By /s/ Darren W. Stanhouse
Darren W. Stanhouse (DC Bar # 494623)

MCGUIREWOODS LLP
1050 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
202.857.1704 (Direct Line)
202.828.2995 (Direct FAX)
dstanhouse@mcguirewoods.com

Counsel for Staffing Now, Inc.

        RAUL POSAS and 4Staff, LLC

        By   /s/ Raymond C. Baldwin
        Raymond C. Baldwin (Bar No. 461514)

        SEYFARTH SHAW LLP
        815 Connecticut Ave., N.W., Suite 500
        Washington, D.C. 20006-4004
        (202) 463-2400
        rbaldwin@seyfarth.com

        Counsel for Raul Posas and 4Staff, LLC

<u>Of Counsel</u>:

Joel H. Spitz
Michael R. Phillips
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
312.849.8100 (Phone)
312.849.3690 (FAX)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent via electronic notification, this 13th day of February, 2008 on:

>Raymond C. Baldwin
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006


　　　　　　　　　　　　　　　　　　　　 /s/ Darren W. Stanhouse